Michael A. Strauss (State Bar No. 246718)
mike@strausslawyers.com
Aris E. Karakalos (State Bar No. 240802)
aris@strausslawyers.com
Andrew C. Ellison (State Bar No. 283884)
andrew@strausslawyers.com
**STRAUSS & STRAUSS, APC**
121 N. Fir St., Suite F
Ventura, California 93001
Telephone: (805) 641.6600
Facsimile: (805) 641.6607

Attorneys for Plaintiff Gabriel Guimary and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GABRIEL GUIMARY, an individual, for himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation doing business in California; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:18-CV-02430-SVW (JCx)<br><br>*Assigned to:* Hon. Stephen V. Wilson<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT**<br><br>*Complaint Filed*: February 20, 2018<br><br>*Complaint Served*: February 22, 2018<br><br>(Removed from Santa Barbara County Superior Court Case No. 18CV00845) |

**TO THE COURT AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Plaintiff Gabriel Guimary ("Plaintiff") and Defendant Exxon Mobil Corporation (Defendant), hereby notify the court that the parties have reached a settlement of their dispute in this matter, and executed a written

1

**NOTICE OF SETTLEMENT**

settlement agreement. Subject to the holding in *Mauia v. Petrochem Insulation, Inc*. Case No. 18-cv-01815-TSH, (N.D. Cal. Mar. 3, 2020) the matter was resolved on an individual basis, class or representative claims not surviving.

Defendant has agreed to remit settlement payment on or before November 17, 2021.

At such time as funds clear, Plaintiff will immediately file a dismissal with prejudice.

DATED: October 29, 2021              **STRAUSS & STRAUSS, APC**

By: */s/ Andrew C. Ellison*
Andrew C. Ellison
Attorneys for Plaintiff