Michael A. Strauss (State Bar No. 246718)
mike@strausslawyers.com
Aris E. Karakalos (State Bar No. 240802)
aris@strausslawyers.com
Andrew C. Ellison (State Bar No. 283884)
andrew@strausslawyers.com
**STRAUSS & STRAUSS, APC**
121 N. Fir St., Suite F
Ventura, California 93001
Telephone: (805) 641.6600
Facsimile: (805) 641.6607

Attorneys for Plaintiff Gabriel Guimary and the Putative Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GABRIEL GUIMARY, an individual, for himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation doing business in California; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:18-CV-02430-SVW (JCx)<br><br>*Assigned to:* Hon. Stephen V. Wilson<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE**<br><br>*Complaint Filed*: February 20, 2018<br><br>*Complaint Served*: February 22, 2018<br><br>(Removed from Santa Barbara County Superior Court Case No. 18CV00845) |

WHEREAS, Plaintiff concedes, and the Parties agree that the recent decisions *Newton v. Parker Drilling, Ltd.*, 139 S.Ct. 1881 (2019), and *Mauia v. Petrochem Insulation, Inc.*, 5 F.4th 1068 (9th Cir. 2021) rendered Plaintiff's class claims meritless.

WHEREAS Plaintiff has stated his intention to request leave to file an amended

complaint asserting (on behalf of himself only) claims for unpaid overtime under the Fair Labor Standards Act.

WHEREAS Plaintiff GABRIEL GUIMARY and Defendant EXXON MOBIL CORPORATION, have resolved their dispute in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant as follows:

1. All of Plaintiff's individual claims against Defendant EXXON MOBIL CORPORATION, are hereby dismissed with prejudice.

2. The class and collective allegations in Case No. 2:18-CV-02430-SVW (JCx), are dismissed with prejudice.

3. This court will retain jurisdiction to enforce the settlement agreement.

4. Each party shall bear his/its own attorneys' fees and costs incurred herein.

**IT IS SO STIPULATED.**

DATED: January 4, 2022         **STRAUSS & STRAUSS, APC**

                               By:  */s/ Andrew C. Ellison*
                                    Andrew C. Ellison
                                    Attorneys for Plaintiff


DATED: January 4, 2022         **STRADLING YOCCA CARLSON & RAUTH, P.C.**

                               By:  */s/ Jeffrey A. Dinkin*
                                    Jeffrey A. Dinkin
                                    Attorneys for Defendant